# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: SIMS-QUICK, ROBIN L | § | Case No. 11-81927 |
| QUICK, RANDALL D | § | |
|  | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 05/02/2012 in Courtroom 3100, United States Courthouse,
327 South Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Dated : __03/19/2012_____     By: _/s/JOSEPH D. OLSEN_____
                                           Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: SIMS-QUICK, ROBIN L | § | Case No. 11-81927 |
| QUICK, RANDALL D | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,000.00 |
| *and approved disbursements of* | $ | 3,205.00 |
| *leaving a balance on hand of* [1] | $ | 6,795.00 |

**Balance on hand:**   $   6,795.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   6,795.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,475.00 | 0.00 | 1,475.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 101.11 | 0.00 | 101.11 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,512.50 | 0.00 | 1,512.50 |

Total to be paid for chapter 7 administration expenses:   $   3,088.61
Remaining balance:   $   3,706.39

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $        0.00

Remaining balance:  $    3,706.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $        0.00

Remaining balance:  $    3,706.39

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,617.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midwest Orthopedic | 3,301.00 | 0.00 | 108.65 |
| 2 | Discover Personal Loan | 16,344.86 | 0.00 | 537.94 |
| 3 | Fifth Third Bank | 8,995.97 | 0.00 | 296.07 |
| 4 | FIA CARD SERVICES, N.A. | 35,117.90 | 0.00 | 1,155.78 |
| 5 | American Express Bank, FSB | 4,508.31 | 0.00 | 148.37 |
| 6 | Chase Bank USA, N.A. | 2,457.27 | 0.00 | 80.87 |
| 7 | Chase Bank USA, N.A. | 6,568.30 | 0.00 | 216.17 |
| 8 | American Express Bank, FSB | 7,154.89 | 0.00 | 235.48 |
| 9 | American Express Bank, FSB | 8,299.23 | 0.00 | 273.14 |
| 10 | Chase Bank USA, N.A. | 16,023.12 | 0.00 | 527.34 |
| 11 | GE Money Bank | 3,846.21 | 0.00 | 126.58 |

Total to be paid for timely general unsecured claims: $     3,706.39

Remaining balance: $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $     0.00

Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00

Remaining balance: $     0.00

Prepared By:  /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-81927-MB
Robin L Sims-Quick                                                 Chapter 7
Randall D Quick
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: cshabez        Page 1 of 3        Date Rcvd: Apr 11, 2012
                           Form ID: pdf006       Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2012.
```
db/jdb      +Robin L Sims-Quick,   Randall D Quick,   1350 Janet Street,   Sycamore, IL 60178-1053
17194401    +A E R,   Student Loans,   Harrisburg, Pa 17130-0001
17194405    +ARC-Dekalb LLC,   520 E 22nd St,   Lombard, Il 60148-6110
17194403    +American Express,   PO Box 981535,   El Paso, Tx 79998-1535
17194402    +American Express,   Box 0001,   Los Angeles, Ca 90096-8000
17617875     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17194406    +Aurora Radiology,   c/o Medical Recovery Spec,   2250 E Devon Ave., #352,
             Des Plaines, IL 60018-4521
17194407    +Bank of America,   P O Box 650070,   Dallas, Tx 75265-0070
17194409    +Center for Derm.&Skin Care,   3825 Highland Ave., Ste.5C,   Downers Grove, Il 60515-1567
17625556     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17194410    +Chase Card Services,   P O Box 15153,   Wilmington, De 19886-5153
17194413     Chase Cardmember Service,   PO Box 15153,   Wilmington, De. 19886-5153
17194414    +Company Corp,   2711 Centerville Rd.,   Wilmington, De 19808-1660
17553254    +Discover Personal Loan,   PO Box 30954,   Salt Lake city, UT 84130-0954
17194415    +Discover Personal Loans,   P O Box 6105,   Carol Stream, Il 60197-6105
17609432     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17194416     Fifth Third Bank,   P O Box 740789,   Cincinnati, Oh 45274-0789
17602625    +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
17194417    +HSBC - Kawaski,   PO Box 17602,   Baltimore, Md 21297-1602
17194418    +HSBC Retail Services,   Dept. 7680,   Carol Stream, Il 60116-0001
17194419     Indiana Physicians Svcs,   P O Box 405743,   Atlanta, Ga 30384-5743
17194420    +Key Bank,   P O HBox 94920,   Cleveland, Oh 44101-4920
17194422     Medical Recovery Specialist,   2250E Devon Ave., Ste 352,   Des Plaines, Il 60018-4519
17194423    +Midwest Orthopedic,   2111 Midlands Ct., Ste.100,   Sycamore, Il 60178-3125
17194424    +Pay Pal,   PO Box 960080,   Orlando, Fl 32896-0080
17194425    +Porter Hospital,   814 La Porte Ave,   Valparaiso, In 46383-5898
17194426    +Radiologic Assoc. of NWI,   825 E. Lincolnway,   Valparaiso, In 46383-5803
17194427    #Redline Recovery Svcs.,   11675 Rainwater Dr., #550,   Alpharetta, GA 30009-8693
17194428    +Sprint,   c/o Pentagroup Financial,   3065 Union Road,   Orchard Park, NY 14127-1214
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17806810      E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2012 02:24:59      GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17194421      E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2012 02:23:45      Lowes-GE Money Bank,
             PO Box 981401,   El Paso, Tx 79998-1401
                                                                                     TOTAL: 2


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17194404*    +American Express,   P O Box 0001,   Los Angeles, Ca 90096-8000
17630527*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17630526*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17194411*    +Chase Card Services,   P O Box 15153,   Wilmington, De 19886-5153
17194412*    +Chase Card Services,   P O Box 15153,   Wilmington, De 19886-5153
17194408    ##+Bank of America,   PO Box 15028,   Wilmington, De 19850-5028
                                                                          TOTALS: 0, * 5, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-3          User: cshabez              Page 2 of 3                  Date Rcvd: Apr 11, 2012
                             Form ID: pdf006            Total Noticed: 31

```
                     ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2012**                          **Signature:**    _Joseph Speetjens_

District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Apr 11, 2012
                             Form ID: pdf006            Total Noticed: 31

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2012 at the address(es) listed below:
     Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
     Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com,  IL46@ECFCBIS.com
     Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
     Stephen J Costello    on behalf of Debtor Robin Sims-Quick steve@costellolaw.com
                                                                                    TOTAL: 4