**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SIMS-QUICK, ROBIN L       § Case No. 11-81927
       QUICK, RANDALL D          §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $204,550.00                    Assets Exempt: $48,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,706.39       Claims Discharged
                                                 Without Payment: $167,351.59

Total Expenses of Administration: $3,543.61

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,750.00 (see **Exhibit 2**), yielded net receipts of $7,250.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $249,300.70 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,031.11 | 3,543.61 | 3,543.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 136,409.95 | 112,617.06 | 112,617.06 | 3,706.39 |
| **TOTAL DISBURSEMENTS** | $385,710.65 | $114,648.17 | $116,160.67 | $7,250.00 |

4) This case was originally filed under Chapter 7 on April 27, 2011. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/25/2012          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MSI | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Randall Quick | Debtor exempt MSI | 8100-002 | 2,750.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,750.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 244,600.90 | N/A | N/A | 0.00 |
| NOTFILED | Key Bank | 4110-000 | 3,569.80 | N/A | N/A | 0.00 |
| NOTFILED | HSBC - Kawaski | 4110-000 | 1,130.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$249,300.70** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,475.00 | 1,475.00 | 1,475.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 101.11 | 101.11 | 101.11 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 1,512.50 | 1,512.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Richard Busse | 3210-600 | | N/A | 455.00 | 455.00 | 455.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,031.11 | $3,543.61 | $3,543.61 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midwest Orthopedic | 7100-000 | 3,301.00 | 3,301.00 | 3,301.00 | 108.65 |
| 2 | Discover Personal Loan | 7100-000 | 16,344.86 | 16,344.86 | 16,344.86 | 537.94 |
| 3 | Fifth Third Bank | 7100-000 | 8,871.87 | 8,995.97 | 8,995.97 | 296.07 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 35,117.90 | 35,117.90 | 1,155.78 |
| 5 | American Express Bank, FSB | 7100-000 | 4,433.31 | 4,508.31 | 4,508.31 | 148.37 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 2,457.27 | 2,457.27 | 2,457.27 | 80.87 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 6,369.18 | 6,568.30 | 6,568.30 | 216.17 |
| 8 | American Express Bank, FSB | 7100-000 | 7,154.89 | 7,154.89 | 7,154.89 | 235.48 |
| 9 | American Express Bank, FSB | 7100-000 | 8,299.23 | 8,299.23 | 8,299.23 | 273.14 |
| 10 | Chase Bank USA, N.A. | 7100-000 | 16,891.21 | 16,023.12 | 16,023.12 | 527.34 |
| 11 | GE Money Bank | 7100-000 | 3,846.21 | 3,846.21 | 3,846.21 | 126.58 |
| NOTFILED | Chase Card Services | 7100-000 | 15,611.41 | N/A | N/A | 0.00 |
| NOTFILED | Company Corp | 7100-000 | 260.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Card Services | 7100-000 | 1,297.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 1,848.66 | N/A | N/A | 0.00 |
| NOTFILED | Center for Derm.&Skin Care | 7100-000 | 853.76 | N/A | N/A | 0.00 |
| NOTFILED | Lowes-GE Money Bank | 7100-000 | 236.92 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Physicians Svcs | 7100-000 | 439.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiologic Assoc. of NWI | 7100-000 | 336.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o Pentagroup Financial | 7100-000 | 440.56 | N/A | N/A | 0.00 |
| NOTFILED | Porter Hospital | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 33,209.04 | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialist | 7100-000 | 332.00 | N/A | N/A | 0.00 |
| NOTFILED | ARC-Dekalb LLC | 7100-000 | 332.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Radiology c/o Medical Recovery Spec | 7100-000 | 332.00 | N/A | N/A | 0.00 |
| NOTFILED | A E R Student Loans | 7100-000 | 2,837.57 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $136,409.95 | $112,617.06 | $112,617.06 | $3,706.39 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81927  
**Case Name:** SIMS-QUICK, ROBIN L  
QUICK, RANDALL D  
**Period Ending:** 06/25/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/27/11 (f)  
**§341(a) Meeting Date:** 06/09/11  
**Claims Bar Date:** 10/06/11

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petitioners own real estate residence located, a | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking at 5/3 Bank Approx. | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings acct. with 5/3 Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking at TCN Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Nine rooms household furniture, furnishings and | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. cook books, childrens books | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Watches and wedding rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401 K | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | MSI | 0.00 | 27,250.00 | | 10,000.00 | FA |
| 11 | 2005 Volkswagon Jetta (140,000 miles) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1998 Dodge Durango (138,000 miles) Son's car | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1985 Jeep Wrangler (200,000 miles) - son's car | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Kawaski Motorcycle (son's motorcycle) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | A forklift of company was accidentally titled in | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Dog - 7years old | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 Assets | Totals (Excluding unknown values) | **$204,550.00** | **$27,250.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2012  **Current Projected Date Of Final Report (TFR):** March 31, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-81927 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SIMS-QUICK, ROBIN L | | Bank Name: | The Bank of New York Mellon |
| | QUICK, RANDALL D | | Account: | 9200-******94-66 - Checking Account |
| Taxpayer ID #: | **-***5647 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 06/25/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/08/12 | {10} | Tammy & Thomas Donnelly | MSI Investment | 1129-000 | 5,000.00 | | 5,000.00 |
| 03/08/12 | {10} | Charles & Carolyn Weinberg | MSI Investment | 1129-000 | 5,000.00 | | 10,000.00 |
| 03/14/12 | 101 | Randall Quick | Debtor exempt MSI | 8100-002 | | 2,750.00 | 7,250.00 |
| 03/14/12 | 102 | Richard Busse | Fees for Special Counsel | 3210-600 | | 455.00 | 6,795.00 |
| 05/02/12 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,512.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,512.50 | 5,282.50 |
| 05/02/12 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,475.00, Trustee Compensation; Reference: | 2100-000 | | 1,475.00 | 3,807.50 |
| 05/02/12 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $101.11, Trustee Expenses; Reference: | 2200-000 | | 101.11 | 3,706.39 |
| 05/02/12 | 106 | Midwest Orthopedic | Dividend paid 3.29% on $3,301.00; Claim# 1; Filed: $3,301.00; Reference: | 7100-000 | | 108.65 | 3,597.74 |
| 05/02/12 | 107 | Discover Personal Loan | Dividend paid 3.29% on $16,344.86; Claim# 2; Filed: $16,344.86; Reference: | 7100-000 | | 537.94 | 3,059.80 |
| 05/02/12 | 108 | Fifth Third Bank | Dividend paid 3.29% on $8,995.97; Claim# 3; Filed: $8,995.97; Reference: | 7100-000 | | 296.07 | 2,763.73 |
| 05/02/12 | 109 | FIA CARD SERVICES, N.A. | Dividend paid 3.29% on $35,117.90; Claim# 4; Filed: $35,117.90; Reference: | 7100-000 | | 1,155.78 | 1,607.95 |
| 05/02/12 | 110 | GE Money Bank | Dividend paid 3.29% on $3,846.21; Claim# 11; Filed: $3,846.21; Reference: | 7100-000 | | 126.58 | 1,481.37 |
| 05/02/12 | 111 | American Express Bank, FSB | Combined Check for Claims#5,8,9 | | | 656.99 | 824.38 |
| | | | Dividend paid 3.29% on 148.37 $4,508.31; Claim# 5; Filed: $4,508.31 | 7100-000 | | | 824.38 |
| | | | Dividend paid 3.29% on 235.48 $7,154.89; Claim# 8; Filed: $7,154.89 | 7100-000 | | | 824.38 |
| | | | Dividend paid 3.29% on 273.14 $8,299.23; Claim# 9; Filed: $8,299.23 | 7100-000 | | | 824.38 |
| 05/02/12 | 112 | Chase Bank USA, N.A. | Combined Check for Claims#6,7,10 | | | 824.38 | 0.00 |
| | | | Dividend paid 3.29% on 80.87 $2,457.27; Claim# 6; Filed: $2,457.27 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.29% on 216.17 $6,568.30; Claim# 7; Filed: $6,568.30 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.29% on 527.34 $16,023.12; Claim# 10; | 7100-000 | | | 0.00 |

Subtotals : $10,000.00   $10,000.00

{} Asset reference(s)                                                Printed: 06/25/2012 01:46 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-81927  
**Case Name:** SIMS-QUICK, ROBIN L  
QUICK, RANDALL D  
**Taxpayer ID #:** **-***5647  
**Period Ending:** 06/25/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Filed: $16,023.12 |  |  |  |  |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| Subtotal | 10,000.00 | 10,000.00 |  |
| Less: Payments to Debtors |  | 2,750.00 |  |
| NET Receipts / Disbursements | $10,000.00 | $7,250.00 |  |

| Net Receipts : | 10,000.00 |
|---|---:|
| Less Payments to Debtor : | 2,750.00 |
| Net Estate : | $7,250.00 |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **TOTAL - ALL ACCOUNTS** |  |  |  |
| **Checking # 9200-******94-66** | 10,000.00 | 7,250.00 | 0.00 |
|  | $10,000.00 | $7,250.00 | $0.00 |

{} Asset reference(s)

Printed: 06/25/2012 01:46 PM    V.13.02